THE STATE OF WASHINGTON, *Respondent,* v. GEORGE R.
LEONARD, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. PATRICIA ANN
HILL, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78-1-00174-7, John F. Wilson, J.,
entered April 13, 1979. *Affirmed* by unpublished opinion

per Durham–Divelbiss, J., concurred in by Callow, C.J., and Dore, J.